UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOROTHY CONLEY, et al.,

                Plaintiffs,

v.                                                    **ORDER**

BARBARA THOMPSON, et al.,                 No. 22-CV-00812 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for the parties appeared today by telephone for a case management conference. All discovery was completed on September 2, 2022 and accordingly, this matter is ready for trial.

      The parties are directed to meet and confer and file by **January 13, 2023** Individual Practices Rules 6(A) and 6(B) material, which include a joint pretrial order, joint proposed *voir dire* questions, joint requests to charge, a joint verdict form, and motions *in limine*.

      The parties are hereby notified that jury selection and trial in this action are scheduled to begin on **May 8, 2023 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      A final pretrial conference is scheduled for **March 22, 2023 at 3:00 p.m.** to be held in Courtroom 520.

      The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
       October 13, 2022

                                                                 _____
                                                                 Philip M. Halpern
                                                                 United States District Judge